UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA           :

       -v-                         :           ORDER

YOSEF ZIEGLER                      :           19 Cr. 916(NSR)

             Defendant.        :

- - - - - - - - - - - - - - - - -X

The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant the opportunity to continue discussing the case with his counsel and allow the Government to begin rolling productions of discovery material. Accordingly, it is further ORDERED that the time between January 8, 2020 and January 16, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: White Plains, New York
       January 8, 2020

                                        The Honorable Nelson S. Román
                                        UNITED STATES DISTRICT JUDGE

USDC COPY
DOCUMENT
ELECTRONICALLY FILED
FILED: 1/8/2020