# Necheles Cassidy LLP

ATTORNEYS AT LAW

10 East 40th Street, 48th Floor
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

October 16, 2020

**Via ECF**

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Yosef Ziegler*, 19-cr-916

Dear Judge Roman:

MEMO ENDORSED

We respectfully write to request a three-week adjournment of the motion schedule in this case.

We have recently begun renewed discussions with the U.S. Attorney's Office about the possibility of resolving this case via plea instead of proceeding with motion practice. We believe the requested adjournment will provide sufficient time to continue these discussions and for Mr. Ziegler to decide how he wants to proceed. We therefore respectfully request a three-week adjournment of the briefing scheduled. The current schedule is:

  Defense Motions Due: October 19;

  Government Response Due: November 20;

  Defense Reply Due: November 30.

The new proposed deadlines would be:

  Defense Motions Due: November 9;

  Government Response Due: December 11;

  Defense Reply Due: December 21.

---

The application is granted without objection from the Government. Defendant's motion is due November 9, 2020 the Government's response is due December 11, 2020 and Defense's reply is due December 21, 2020. The Clerk of the Clerk is kindly directed to terminate the motion at ECF No. 26.

SO ORDERED:

Dated: 10/16/2020
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/16/2020_____

I have spoken to AUSA Courtney Heavy and she has no objection to this request.

                                              Respectfully submitted,

                                                /s/

                                              Susan R. Necheles

                                              Gedalia Stern

cc: AUSA Courtney Heavey