UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA          :

       -v-                      :    ORDER

YOSEF ZIEGLER                     :    19 Cr. 916(NSR)

              Defendant.          :

------------------------------X

    The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow defense counsel the opportunity to prepare for and schedule an appearance for a change of plea, which the parties expect will resolve this matter without the need for trial.  Accordingly, it is further ORDERED that the time between November 30, 2020 through and including December 18, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:  White Plains, New York      SO ORDERED.
        November 25, 2020

                                                   The Honorable Nelson S. Román
                                                   UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2020