UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Yosef Ziegler

Defendant(s).
------------------------------------------------------------X

Defendant __Yosef Ziegler_____ hereby voluntarily consents to participate in the following proceeding via __✓__ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_✓_ Conference Before a Judicial Officer   **(waiver of indictment, arraignment & change of plea)**
    sentencing

_____        _____
Defendant's Signature                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Yosef Ziegler                             Gedalia Stern
_____        _____
Print Defendant's Name                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

12/8/2020                                 Judith C. McCarthy
_____        _____
Date                                      U.S. District Judge/U.S. Magistrate Judge