UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                           Plaintiff,                      **MEMORANDUM**

   -against-                                        19 Cr. 916 (NSR)

YOSEF ZIEGLER,

                           Defendant.
-------------------------------------------------------------X

TO:  <u>Nelson S. Román, United States District Judge:</u>

      Please find attached a transcript of the December 8, 2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: January 25, 2021
       White Plains, New York

                                                          Respectfully Submitted,

                                                           _____
                                                           JUDITH C. McCARTHY
                                                          United States Magistrate Judge