# Necheles Law LLP

ATTORNEYS AT LAW

535 Fifth Avenue, 4th Floor
New York, N.Y. 10017
Telephone: (212) 997-7400
Telecopier. (212) 997-7646

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021

February 11, 2021

**Via ECF**

Hon. Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

The application is granted without objection from the Government. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 40.

Dated: 2/12/2021
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Re: *United States v. Yosef Ziegler*, 19-cr-916

Dear Judge Roman:

We respectfully write to request an extension until March 1, 2021 to submit our objections to Mr. Ziegler's draft PSR.

Mr. Ziegler pleaded guilty to a superseding information on December 8, 2020. His draft PSR was filed on February 1. Normally, our objections would be due February 15. Due to the ongoing pandemic, however, we have not yet been able to review the PSR with our client—who is incarcerated. We therefore respectfully request an extension until March 1, to submit our objections to the draft PSR. We believe this will provide sufficient time for us to adequately review the PSR with our client and draft any objections to it we may have.

I have spoken to the U.S. Attorney's Office and they have no objection to this request.

Respectfully,

/s/

Gedalia Stern

cc: AUSA Courtney Heavy (via ECF)
    AUSA Shiva Logarajah (via email)

MEMO ENDORSED