**MEMO ENDORSED**

# NECHELES LAW LLP
ATTORNEYS AT LAW

535 5TH AVENUE, 4TH FLOOR
NEW YORK, N.Y. 10017
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

March 24, 2021

**Via ECF**
Hon. Nelson S. Roman
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Courthouse
300 Quarropas St.
White Plains, N.Y. 10601

> Deft's rquest to adjourn the Sentencing from Apr. 14, 2021 until June 8, 2021 at 2:00 pm or, alternatively, June 9, 2021 at 2:00 pm is granted without objection by the Gov't. Clerk of Court requested to terminate the motion (doc. 45).
> Dated: March 25, 2021
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Yosef Ziegler*, 19-cr-916 (NSR)

Dear Judge Roman:

    We respectfully write to request an adjournment of Yosef Ziegler's sentencing from April 14 to a date convenient to our Honor in mid-May (other than May 17 and 18.)

    We have been preparing for Mr. Ziegler's sentencing but, due in part to the pandemic, our progress has been slower than we had hoped. We therefore need some additional time to be fully prepared for sentencing. Next week is also the holiday of Passover, which will make it difficult to consult with our client and his family in finalizing his sentencing submission. We therefor respectfully request an adjournment of Mr. Ziegler's sentencing to a date convenient to Your Honor in mid-May (other than May 17 and 18 which are the Jewish holidays of *Shavout*.)

    I have spoken to the U.S. Attorney's Office and they have no objection to this request.

Respectfully submitted,

/s/
Gedalia M. Stern

cc: AUSA Courtney Heavy (via ECF)
    AUSA Shiva Logarajah (via email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/2021