**MEMO ENDORSED**

# NechelesLaw LLP
ATTORNEYS AT LAW

535 5TH AVE
NEW YORK, N.Y. 10017
TELEPHONE: (212) 997-7400
TELECOPIER: (212) 997-7646

May 23, 2021

**Via ECF**
Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, N.Y. 10601

> Deft's request for an extension of time until May 28, 2021 to file his sentencing submission is granted without objection by the Gov't. The Govt's sentencing submission shall be filed by June 4, 2021. Clerk of Court requested to terminate the motion (doc. 48).
> Dated: May 25, 2021
>
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

Re: *United States v. Yosef Ziegler*, 19-cr-916 (NSR)

Dear Judge Roman:

We write to request a slight extension of time to file Mr. Ziegler's sentencing submission until Friday May 28, 2021.

Mr. Ziegler's sentencing is currently scheduled for June 8, or in the alternative, June 9. His sentencing submission is therefore currently due May 25, or in the alternative, May 26. Mr. Ziegler seeks an extension of a few days so as to allow him adequate time to finalize his submission. He respectfully requests that he be allowed to file his sentencing submission until May 28, with the government's submission due on June 4. Given the lack of significant factual disputes between the parties, we believe this schedule will still allow Mr. Ziegler's sentencing to proceed as scheduled.

I have spoken to the U.S Attorney's Office and they have no objection to this request.

Respectfully submitted,
/s/
Gedalia M. Stern

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2021